No. 04-11-00173-CR

CHARLTON ELLISON BRADSHAW
APPELLANT

V.

THE STATE OF TEXAS
APPELLEE

FILED
IN THE COURT OF APPEALS
AT SAN ANTONIO, TX.
2015 JUL 27 PM 12:58
KEITH E. HOTTLE CLERK

IN THE FOURTH COURT
OF APPEALS
BEXAR COUNTY TEXAS

## MOTION TO REQUEST STATE EXHIBIT #35

TO: THE HONORABLE JUDGE

Comes now CHARLTON ELLISON BRADSHAW, APPELLANT AND request State Exhibit #35 which is Part of the record in Cause #2009-CR-12809A. Appellant has his case on Appeal which is still Pending. Appellant has been trying to retrieve State Exhibit #35 which is state witness Tiffany Nicole Barnett statement to S.A.P.D. detective Bell #2433. Appellant has wrote Bexar County District Clerk Donna Kay McKinney several times trying to Purchase State Exhibit #35 which since then my check was denied and I recently recieved a letter stating the exhibit I am requesting is not available. See all attached exhibit 1-3. Appellant has a 5th and 14th Constitution right to a fair appeal and if State Exhibit #35 is not available which may get appeallant relief on appeal then Appeallant is being denied his Constitutional rights and is not afforded a fair appeal.

II.

WHEREFORE, PREMISES CONSIDERED, the Appellant Prays that this court Provide Appellant with State Exhibit #35 in cause # 2009-CR-12809-A, order the 186th district court, Bexar County to Provide Appellant with a copy of State Exhibit 35 or allow Appellant to Purchase State Exhibit #35 in cause # 2009-CR-12809-A. ALSO Appellant request if State Exhibit #35 is not advailable, missing, and cannot be provided to Appellant this court GRANTS Appellant a new trial which is the Proper Procedure if any Part of the record is missing.

respectfully Submitted,
CHARLTON ELLISON BRASHAH

## CERTIFICATE OF SERVICE

I, Charlton Bradshaw Certify that a copy of the above motion was mailed to Court of Appeals CADENA - Reeves Justice Center 300 Dolorosa Suite 300, SA, TX 78205 ON July 21, 2015 by U.S. Postal Mail.

Charlton Ellison Bradshaw

Exhibit #1

Donna Kay McKinney                                    1-13-15

My name is Charlton Bradshaw and Im trying to request a certified copy of TIFFANY NICOLE BARNETT, witness statement that was made to San Antonio Police Department, Detective Bell #2433 on October 20, 2009.

ADDITIONAL INFORMATION TO LOCATE STATEMENT

* NAME: Tiffany Nicole Barnett
* SID # 943231
* D.O.B November 1, 1991
* S.S.N : 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
* ADDRESS: 4619 Dietrich #17 B San tonio, TX. 782/9
  HOME zip
* PHONE 662-0212
* CELL PHONE 584-1435
* DATE STATEMENT WAS MADE : October 20, 2009
* Detective who took HER Statement : Detective Bell #2433
* Tiffany Barnett testified for the state Cause No. 2009-CR-12809A Reporter's Record VOLUME 4 AT PAGE 191
* D.A. FILE MAY SPELL HER NAME : Tiffanay Nicole Barnett
* STATE'S EXHIBIT # 35 : Tiffany Barnett statement in cause # 2009-CR-12809A.

I, CHARLTON BRADSHAW HAVE SENT MONEY order to purchase A CERTIFIED COPY OF TIFFANY Barnett witness statement made to S.A.P.O detective on October 20, 2009.

original copy                          1-13-15                    Charlton Bradshaw

BEXAR  COUNTY

Exhibit # 2

## DONNA KAY McKINNEY

### DISTRICT CLERK

| CHARLTON BRADSHAW | February 18, 2015 |
|---|---|
| | RE: 2009CR12809A |
| | |

Dear Mr. Bradshaw,

Our office cannot supply you with the documents you are inquiring about. Please contact the court your case was processed in or the arresting agency.

☐ If you do not know specifically which documents are on file or which documents you need copies of you can request a computer printout showing what is on file. This must also be paid for in advance. The charge for it is $1.00 per page. The cost for your printout will be $.

☐ If you do not know the number of pages you can write to us and we will let you know the number of pages.

☐ The copies you requested will cost:      (copies of the event log)

☐ It will cost five dollars ($5.00) for us to conduct a Bexar County District Court records to determine the case number.

☐ If you are in need of copies of the COURT REPORTER'S RECORD /STATEMENT OF FACTS CONTACT:

☒ Other:  Check not acceptable.

☐ We do not accept personal checks. You must pay with a cashiers check or money order Payable to the **BEXAR COUNTY DISTRICT CLERK.**

Sincerely,
DONNA KAY McKINNEY
BEXAR COUNTY DISTRICT CLERK

BY: _____

DEPUTY DISTRICT CLERK


## DONNA KAY McKinney
### DISTRICT CLERK

07/13/2015

CHARLTON BRADSHAW #1703357
CLEMENTS UNIT
9601 SPUR 591
AMARILLO,TX 79107

RE: Your enclosed correspondence

Dear MR. BRADSHAW,

The District Clerk's office have received your recent correspondence and we are returning it for your convenience.

The exhibit that you are requesting is not available. We do apologize for any inconvenience that this may have caused.

Sincerely,
DONNA KAY McKinney
BEXAR COUNTY DISTRICT CLERK
BY: _____
Romelia Esquivel
DEPUTY DISTRICT CLERK

Charlton Bradshaw #1703335
9601 Spur 591
Amarillo, TX. 79107
Clements Unit

Legal Mail

Court of Appeals
Fourth Court of Appeals District
CADENA-REEVES Justice Center
300 DOLOROSA, SUITE 3280
San Antonio, TX. 78205-3037